1  Jeremy T. Bergstrom, Esq.                                    E-filed on July 24, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-93580

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS
6  SERVICING, L.P.

**UNITED STATES BANKRUPTCY COURT**
7  **DISTRICT OF NEVADA**

8  In Re,                                           BK No.: BK-S-09-22237-MKN

9  KELLY WALTON AKA KELLY                           Chapter 7
   POMMIER WALTON AKA KELLY ANN
10 POMMIER,                                         **REQUEST FOR SPECIAL NOTICE**

11                  Debtor(s).

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
13
          PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and
14
   Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA
15
   COUNTRYWIDE HOME LOANS SERVICING, L.P., requests that all notices given in this case
16
   and all papers served or required to be served in this case (including, but not limited to, Notice
17
   for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be
18
   given to and served upon the undersigned at the following address and telephone number.
19
          Jeremy T. Bergstrom, Esq.
20        MILES, BAUER, BERGSTROM & WINTERS, LLP
          2200 Paseo Verde Pkwy., Suite 250
21        Henderson, NV  89052
          PH (702) 369-5960
22
                              MILES, BAUER, BERGSTROM & WINTERS, LLP
23
   Dated:   July 23, 2009        By:   /s/ Jeremy T. Bergstrom, Esq.
24                                     Jeremy T. Bergstrom, Esq.
                                       Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on   July 24, 2009   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Paul J. Adras, Esq.
LAW OFFICES OF PAUL J. ADREAS, ESQ., PC
726 South Casino Center Boulevard, Suite 201
Las Vegas, NV  89101

CHAPTER 7 TRUSTEE:
Yvette Weinstein
6450 Spring Mountain Rd. #14
Las Vegas, NV  89146

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93580/rfsnlv.dot/mlb)**

2